**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Fallon Antone, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-10096-RWZ |
| Southwest Credit Systems, L.P.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 26, 2013

                                                                Respectfully submitted,

                                                                PLAINTIFF, Fallon Antone

                                                                /s/ Sergei Lemberg

                                                                Sergei Lemberg, Esq.
                                                                B.B.O. No.: 650671
                                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                                 1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                                Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By /s/ Sergei Lemberg
                                          Sergei Lemberg