UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fallon Antone,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Southwest Credit Systems, L.P.; and<br>DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:  1:13-cv-10096-RWZ |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Southwest Credit Systems, L.P. with prejudice and without costs to any party waiving all rights of appeal.

| Fallon Antone | Southwest Credit Systems, L.P. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Andrew Schneiderman_____ |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Andrew Schneiderman<br>BBO No.: 666252<br>Ranen S. Schechner<br>BBO No.: 655641<br>Hinshaw and Culbertson, LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109 |

Tel: 617-213-7012
E-mail: aschneiderman@hinshawlaw.com
Attorneys for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Andrew Schneiderman
Ranen S. Schechner
Hinshaw and Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109

                                        By /s/ Sergei Lemberg
                                                Sergei Lemberg